**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT JACKSON, | : | Civil No. 3:23-cv-2111 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JACOB DAVIS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _24th_ day of June, 2026, upon consideration of Plaintiff's motion (Doc. 65) to compel discovery, and motions (Docs. 68, 80) for default judgment, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1.    The motion (Doc. 65) to compel is **DENIED** without prejudice as moot.

2.    The motions (Docs. 68, 80) for default judgment are **DENIED**.

Robert D. Mariani
United States District Judge