**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT JACKSON, | : | Civil No. 3:23-cv-2111 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JACOB DAVIS, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 29th day of October, 2026, upon consideration of Defendants' motion (Doc. 81) for summary judgment, and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 81) is **GRANTED in part** and **DENIED in part**, as follows:

   a. Defendants' motion (Doc. 81) for summary judgment based on exhaustion of administrative remedies is **DENIED**.

   b. Defendants' motion (Doc. 81) for summary judgment with respect to the First Amendment retaliation claim against Defendants Schell, Shultz, Yetter, Briner, and Tieon, and the Eighth Amendment failure to protect claim against Defendant Swartz is **GRANTED**. Entry of judgment is deferred until the conclusion of the above-captioned action.

2. Defendants may file, within 21 days of the date of this Order, a renewed motion for summary judgment addressing the merits of Plaintiff's Eighth Amendment claim against Defendant Davis.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

Robert D. Mariani
United States District Judge